UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-23827-CIV-ALTONAGA/Goodman

**EMILIO PINERO**,

    Plaintiff,
v.

**ALMA HOTEL, LLC**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court upon Defendant's Unopposed Motion for Enlargement of Time to Respond to Plaintiff's Complaint [ECF No. 7]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Defendant has through and including **October 23, 2020**, to file its response to Plaintiff's Complaint. **The deadlines contained in the Order entered on September 24, 2020 [ECF No. 5] will not be extended.**

**DONE AND ORDERED** in Miami, Florida, this 8th day of October, 2020.

 

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record